

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RANDOLPH PHIPPS and VERNA PHIPPS** | CIVIL ACTION NO. 06-4598 |
| **VERSUS** | SECTION B |
| | JUDGE LEMELLE |
| **AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA** | MAG. JUDGE 4 (ROBY) |

### ORDER OF DISMISSAL

Considering the Motion to Dismiss filed by plaintiffs, Randolph Phipps and Verna Phipps,

IT IS ORDERED that the plaintiffs' lawsuit is dismissed in full, with prejudice, each party to bear their own costs. IT IS FURTHER ORDERED that all pendings motions are hereby DENIED as moot.

New Orleans, Louisiana, this 12th day of March, 2007.

_____
JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____